

1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada Bar No. 9635
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Christopher.Burton4@usdoj.gov

7  *Representing the United States of America*

8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-232-0554 | Case No. 2:17-mj-00275-PAL<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

**CERTIFICATION:** This Motion is timely filed.

COMES NOW the United States of America, by and through its attorneys, STEVEN W. MYHRE, Acting United States Attorney, and ATTORNEY, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the docket in the above-captioned matter.

DATED this 9 day of August, 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

2

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

Representing the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-232-0554 | Case No. 2:17-mj-00275-PAL<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 15th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE